☐ DOCUMENTS UNDER SEAL

| MAGISTRATE JUDGE MINUTE ORDER | DEPUTY CLERK Betty Fong | REPORTER/TAPE NO. 2:41-3:13p (32m) | | |
|---|---|---|---|---|
| MAGISTRATE JUDGE Edward M. Chen | DATE May 9, 2007 | ☒ NEW CASE | CASE NUMBER 3-07-70242 EMC | |

### APPEARANCES

| DEFENDANT Jose Jesus Madriga-Diaz | AGE | CUST Y | P/NP P | ATTORNEY FOR DEFENDANT Jeff Glenn | ☐ PD. ☐ APPT. ☐ RET. |
|---|---|---|---|---|---|
| U.S. ATTORNEY Tracie Brown/Denise Barton | | INTERPRETER Monique Inciarte - Spanish | | FIN. AFFIDAVIT SUBMITTED ☐ DEFENDANT ELIGIBLE FOR APPOINTED COUNSEL ☐ COUNSEL APPOINTED ☐ PARTIAL PAYMENT OF CJA FEES ORDERED ☐ | |
| PROBATION OFFICER | | PRETRIAL SERVICES OFFICER | | | |

### PROCEEDINGS SCHEDULED TO OCCUR - ( IF NOT HELD *)

| ☐ INITIAL APPEARANCE | ☐ PRELIMINARY HEARING | ☐ MOTION | ☐ JUDGMENT & SENTENCING | ☒ STATUS |
|---|---|---|---|---|
| ☐ I.D. COUNSEL | ☐ OR ARRAIGNMENT | ☐ BOND POSTING/ SIGNING | ☐ IA ON PETITION TO REVOKE PROB. | TRIAL |
| ☐ DETENTION HEARING | ☐ REMOVAL HEARING | ☐ CHANGE OF PLEA | ☐ PROB. REVOC. OR SUPV. REL. HRG. | ☐ OTHER |

### INITIAL APPEARANCE

| ☐ ADVISED OF RIGHTS | ☐ ADVISED OF CHARGES | ☐ NAME AS CHARGED IS TRUE NAME | ☐ TRUE NAME: |
|---|---|---|---|

### ARRAIGNMENT

| ☐ ARRAIGNED ON INFORMATION | ☐ ARRAIGNED ON INDICTMENT | ☐ READING WAIVED SUBSTANCE STATED | ☐ WAIVER OF INDICTMENT FILED |
|---|---|---|---|

### RELEASE

| ☐ RELEASED ON O/R | ☐ ISSUED APPEARANCE BOND ➡ | AMOUNT OF SECURITY | AMOUNT RECEIVED $ | ☐ PASSPORT SURRENDERED DATE: |
|---|---|---|---|---|

| PROPERTY POSTED/TO BE POSTED | | REAL PROPERTY: | |
|---|---|---|---|
| ☐ CASH | ☐ CORPORATE SECURITY | | ☐ |

| ☐ MOTION FOR DETENTION | ☐ PRETRIAL SERVICES REPORT ORDERED | ☐ DETAINED | ☐ RELEASED | ☐ DETENTION HEARING AND FORMAL FINDINGS WAIVED | ☒ REMANDED TO CUSTODY |
|---|---|---|---|---|---|

| ☐ ORDER REMOVED TO THE DISTRICT OF | OTHER: |
|---|---|

### PLEA

| ☐ CONSENT ENTERED | ☐ NOT GUILTY | ☐ GUILTY | ☐ GUILTY TO COUNTS: |
|---|---|---|---|
| ☐ PRESENTENCE REPORT ORDERED | ☐ CHANGE OF PLEA | ☐ PLEA AGREEMENT FILED | ☐ OTHER: |

### CONTINUANCE

| TO: | ☐ I.D. COUNSEL | ☐ BOND POSTING/ SIGNING | ☐ STATUS RE: CONSENT | ☐ JURY TRIAL |
|---|---|---|---|---|
| AT: | ☐ SUBMIT FINAN. AFFIDAVIT | ☐ PRELIMINARY HEARING OR ARRAIGNMENT | ☐ PLEA | ☐ BOND HEARING |
| BEFORE HON. | ☐ DETENTION HEARING | | ☐ TO HEAR MOTIONS | ☐ JUDGMENT & SENTENCING |
| ☐ TIME WAIVED | Govt to submit order | ☐ IDENTITY/REMO VAL HEARING | ☐ PRETRIAL CONFERENCE | ☐ PROBATION REV. HEARING |
| ☐ TIME EXCLUDABLE UNDER 18 § USC 3161 | | ☐ TRIAL SETTING | ☐ COURT TRIAL | ☐ STATUS |

### ADDITIONAL PROCEEDINGS

Court facilitated scheduling of depositions of material witness in Case #3-07-70245 EMC. First deposition to begin on 5/14/07 at 12:30p. If depositions do not going forward as scheduled, defense counsel shall file formal objection to motion for rule 15 deposition filed in Case #3-07-70245EMC by 5/16/07 at 9:00 a.m. Court will then issue order.

| COPIES SENT TO: | DOCUMENT NUMBER: |
|---|---|