# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: SAN FRANCISCO

FILED
07 MAY 17 PM 3:34

**CR 07 0309**

UNITED STATES OF AMERICA,

v.

JOSE JESUS MADRIGAL-DIAZ

WHA

E-Filing

DEFENDANT.

## INDICTMENT

A true bill.

_____
Foreman

Filed in open court this 17th day of May 2007

_____
Clerk

No process

Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA

FILED
07 MAY 17 PM 3:34
E-Filing
[Betty] CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

--- OFFENSE CHARGED ---

Count 1: 8 USC section 1326,
Illegal Re-Entry After Deporation

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

PENALTY:
Count 1: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment; deportation

--- DEFENDANT - U.S. ---
▶ JOSE JESUS MADRIGAL-DIAZ

DISTRICT COURT NUMBER
CR 07 0309 WHA

--- DEFENDANT ---

IS NOT IN CUSTODY
1) ☐ Has not been arrested, pending outcome this proceeding.
   If not detained give date any prior summons was served on above charges ▶
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

--- PROCEEDING ---
Name of Complaintant Agency, or Person (&Title, if any)
DHS/ICE Special Agent Jeff Rea

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

MAGISTRATE CASE NO.
03-07-70242

IS IN CUSTODY
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of Institution

Has detainer been filed?  ☐ Yes  ☐ No   } If "Yes" give date filed

DATE OF ARREST ▶ Month/Day/Year  4/20/2007

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶ Month/Day/Year  4/23/2007

Name and Office of Person Furnishing Information on THIS FORM
**SCOTT N. SCHOOLS**
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)  Denise Marie Barton

☐ This report amends AO 257 previously submitted

--- ADDITIONAL INFORMATION OR COMMENTS ---

PROCESS:
☐ SUMMONS  ☒ NO PROCESS*  ☐ WARRANT   Bail Amount:

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Defendant Address:

Date/Time:

Before Judge:

Comments:

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED
07 MAY 17 PM 3: 34
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-Filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

UNITED STATES OF AMERICA,  )  CR 07 0309
                           )  No.
      Plaintiff,           )
                           )  VIOLATION: Title 8, United States Code,
      v.                   )  Section 1326 – Illegal Reentry by an Alien
                           )  After Deportation
                           )
                           )  SAN FRANCISCO VENUE
JOSE JESUS MADRIGAL-DIAZ,  )
                           )
      Defendant.           )
_____)

WHA

### INDICTMENT

The Grand Jury charges:

On or about April 20, 2007, the defendant,

JOSE JESUS MADRIGAL-DIAZ,

an alien, having been previously excluded, deported, and removed from the United States, was found in the Northern District of California, the Attorney General of the United States and the Secretary for Homeland Security not having expressly consented to a reapplication by the

//
//
//

INDICTMENT

defendant for admission into the United States, in violation of Title 8, United States Code, Section 1326.

DATED: May 17, 2007                                         A TRUE BILL.

                                                            /s/
                                                            FOREPERSON

SCOTT N. SCHOOLS
United States Attorney

/s/
GREGG LOWDER
Deputy Chief, Major Crimes Section

(Approved as to form: /s/ Denise M Barton )
                       AUSA BARTON

INDICTMENT                                          2