1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   MARK L. KROTOSKI (CSBN 138549)
3  Chief, Criminal Division

4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7102
7      Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,        )   CR No.  07-0309 WHA
                                     )
15        Plaintiff,                 )   STIPULATION AND [PROPOSED] ORDER
                                     )   EXCLUDING TIME
16     v.                            )
                                     )
17  JOSE JESUS MADRIGAL-DIAZ,        )
                                     )
18        Defendant.                 )
                                     )
19

20  _____

21      On May 21, 2007, the parties in this case appeared before the Court and stipulated that time

22  should be excluded from the Speedy Trial Act calculations from May 21, 2007 to May 29, 2007

23  for continuity of counsel and effective preparation of counsel.  The parties represented that

24  granting the continuance was necessary for effective preparation of counsel, taking into account

25  the exercise of due diligence.  See 18 U.S.C. § 3161(h)(8)(B)(iv).

26

27  SO STIPULATED:

28  //

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA                         1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: May 29, 2007 | ___/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: May 29, 2007 | ___/s/_____<br>JEFFRY GLENN<br>Attorney for JOSE JESUS MADRIGAL-DIAZ |

As the Court found on May 21, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 21, 2007 to May 29, 2007 for continuity of counsel and effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED:_____            _____
                                Honorable Nandor J. Vadas
                                United States Magistrate Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA            2