UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

WILLIAM ALSUP
United States District Chief Judge

Date:  May 29  2007

Case No.  CR 07-0309 WHA

Case Title:  USA v.  JOSE JESUS MADRIGAL-DIAZ (CUSTODY)(SPANISH Int) PRESENT

Attorneys:
　　　For the Government:  Denise Barton

　　　For the Defendant(s):  Jeffrey Glenn

Deputy Clerk:  **Cora Klein**　　　　　　Reporter:  Joan Columbini
　　　　　　　　　　　　　　　　　　　Interpreter: Melinda Basker

## PROCEEDINGS

1)  Initial appearance/Date setting held

2) Defendant agree to exclude time from speedy trial act for effective preparation of counsel

Case Continued to:    6/19/2007 at 2:00 p.m.        For Status/Trial Setting

time: 2:07 - 2:11

EXCLUDABLE DELAY :   effective preparation of counsel
Begin: 5/29/07          End: 6/19/07