SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

DENISE MARIE BARTON (MABN 634052)
Assistant United States Attorney

   450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
   Facsimile: (415) 436-7234

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR No. 07-0309 WHA |
|    Plaintiff, ) | STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME |
| v. ) | |
| JOSE JESUS MADRIGAL-DIAZ, ) | |
|    Defendant. ) | |

On May 29, 2007, the parties in this case appeared before the Court and stipulated that time should be excluded from the Speedy Trial Act calculations from May 29, 2007 to June 19, 2007. The parties represented that granting the continuance was necessary for effective preparation of counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

SO STIPULATED:

//

//

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA     1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: May 30, 2007 | /s/<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: May 30, 2007 | /s/<br>JEFFRY GLENN<br>Attorney for JOSE JESUS MADRIGAL-DIAZ |

As the Court found on May 29, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from May 29, 2007 to June 19, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: June 14, 2007

_____
Honorable William H. Alsup
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA    2