**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: June 19, 2007

Case No.:  CR 07-0309 WHA

Title:  UNITED STATES -v- JOSE JESUS MADRIGAL-DIAZ (custody)

Appearances:
    For the Government: Denise Barton

    For the Defendant(s): Jeffrey Glen

Interpreter: Fanny Suarez (Spanish Int)        Probation Officer: n/a

Deputy Clerk:  Dawn Toland                 Court Reporter:  Connie Kuhl

**PROCEEDINGS**

1)   Trial/Motion Setting - HELD

2)

Case continued to **7/24/07 at 2:00pm**  for Change of Plea

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

Time Excluded:   **Begins: 6/19/07**              **Ends: 7/24/07**

**ORDERED AFTER HEARING:**

Spanish Interpreter sworn-in.

Defendant request a continuance to finalize a disposition.   Time is excluded from today until 7/24/07.