1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  DOUGLAS SPRAGUE (CASBN 202121)
   Acting Chief, Criminal Division
4  DENISE MARIE BARTON (MABN 634052)
   Assistant United States Attorney
5
6  450 Golden Gate Avenue, Box 36055
   San Francisco, California 94102
   Telephone: (415) 436-7102
7  Facsimile: (415) 436-7234

8  Attorneys for Plaintiff

9

10                   UNITED STATES DISTRICT COURT

11                  NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13

14  UNITED STATES OF AMERICA,           )   CR No. 07-0309 WHA
                                        )
15       Plaintiff,                     )   STIPULATION AND [PROPOSED] ORDER
                                        )   EXCLUDING TIME
16       v.                             )
                                        )
17  JOSE JESUS MADRIGAL-DIAZ,           )
                                        )
18       Defendant.                     )
                                        )
19  _____

20

21      On June 19, 2007, the parties in this case appeared before the Court and stipulated that time

22  should be excluded from the Speedy Trial Act calculations from June 19, 2007 to July 24, 2007.

23  The parties represented that granting the continuance was necessary for effective preparation of

24  counsel, taking into account the exercise of due diligence. See 18 U.S.C. § 3161(h)(8)(B)(iv).

25

26  SO STIPULATED:

27  //

28  //

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA                              1

|   |   |
|---|---|
|   | SCOTT N. SCHOOLS<br>United States Attorney |
| DATED: July 20, 2007 | \_\_\_\_/s/_____<br>DENISE MARIE BARTON<br>Assistant United States Attorney |
| DATED: July 20, 2007 | \_\_\_\_/s/_____<br>JEFFRY GLENN<br>Attorney for JOSE JESUS MADRIGAL-DIAZ |

As the Court found on June 19, 2007, and for the reasons stated above, the Court finds that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial and that time should be excluded from the Speedy Trial Act calculations from June 19, 2007 to July 24, 2007 for effective preparation of counsel. See 18 U.S.C. §3161 (h)(8)(A). The failure to grant the requested continuance would deny defendant continuity of counsel and deny counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(8)(B)(iv).

SO ORDERED.

DATED: July 22, 2007

_____
Honorable William H. Alsup
United States District Court Judge

Stipulation and [Proposed] Order Excluding Time - CR 07-0309 WHA         2