IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE JESUS ADRIGAL-DIAZ,<br><br>    Defendant.<br>_____ / | No. CR 07-0309 WHA<br><br><br>**SCHEDULING ORDER<br>FOR CRIMINAL CASE** |

Pursuant to Local Rule 17.1-1, this order sets a schedule for the case to promote a fair and expeditious trial and pretrial of this case.

1. This case will be tried to a jury commencing at **7:30 A.M. ON OCTOBER 1, 2007**. The final pretrial conference will be at **2:00 P.M. ON SEPTEMBER 24, 2007**.

2. For the final pretrial conference, please comply with Local Rule 17.1-1. All government exhibits should be identified by trial exhibit number for the case-in-chief in an exhibit list submitted for the conference. All defense exhibits for its case-in-chief should likewise be identified by trial exhibit number in an exhibit list, at least to the extent the exhibits are required to be disclosed under Rule 16(b). All motions *in limine* must be served and filed at

least **FOURTEEN DAYS** before the conference with oppositions and replies filed as per Local Rule 47-2.

**IT IS SO ORDERED.**

Dated:  July 24, 2007.

/s/ Wm Alsup

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE