UNITED STATES DISTRICT COURT
NORTHERN DISTRICT of CALIFORNIA

## *CRIMINAL MINUTES*

**Judge: WILLIAM ALSUP**

**Date**: July 24, 2007

**Case No:** CR 07-00309 WHA

**Case Title**: UNITED STATES v. JOSE JESUS MADRIGAL-DIAZ (present, I/C)

**Appearances:**

    For the Government: Denise Barton

    For Defendant(s): Jeffry Glenn

**Interpreter:** Nina Safdie-Enoch    **Probation Officer:**

**Deputy Clerk**: Rowena B. Espinosa    **Court Reporter**: Connie Kuhl

## *PROCEEDINGS*

1. Trial Setting - held

## *SUMMARY*

- Trial is set for 10/01/07 at 7:30 a.m.; PTC is set for 09/24/07 at 2:00 p.m.
- Time is excluded until 10/01/07 for effective preparation of counsel. Counsel to prepare order.