# EXHIBIT A

United States v. Jose Jesus Madrigal-Diaz
CR07-0309 WHA

Kenneth M. Woods
Fingerprint Specialist
Department of Homeland Security
U.S. Immigration and Customs Enforcement
Forensic Document Laboratory

EDUCATIONAL
EXPERIENCE

1978-1982        Virginia Commonwealth University:
                 Graduated with Bachelors of Science degree in Administration of Justice.

PROFESSIONAL
SCHOOLS and TRAINING

| Year | Agency | Course Description |
|---|---|---|
| 1982 | Northern Virginia Criminal Justice Academy | Basic Academy |
| 1987 | NVCJA | Bloodstain Pattern Analysis Workshop |
| 1987 | Prince William County Criminal Justice Academy | Crime Scene Technician School |
| 1988 | NVCJA | Instructor Development |
| 1989 | VA Bureau of Forensic Science | Forensic Science Academy |
| 1989 | VA Bureau of Forensic Science | Medical – Legal Aspects of Death Investigation |
| 1989 | VABFS | Forensic Academy Annual Retaining |
| 1990 | VABFS | Forensic Academy Annual Retraining |
| 1991 | VABFS | Forensic Academy Annual Retraining |
| 1992 | NVCJA / FBI | Advanced Latent Fingerprint Examination |
| 1992 | VABFS | Forensic Academy Annual Retaining |
| 1992 | FBI Academy | Fingerprint Testimony and Demeanor School |
| 1993 | VA Division of Forensic Science | Fingerprint Examiners Annual Seminar |
| 1993 | Metropolitan Washington Police Department | Forensic Light Source and Chemistry Seminar |
| 1993 | Alexandria Police Department / FBI | Basic Fingerprint Classification |
| 1993 | VADFS | Forensic Academy Annual Retraining |
| 1994 | VADFS | Forensic Academy Annual Retraining |
| 1994 | NOVARIS | Demystifying Palm Prints |
| 1995 | VADFS | Forensic Academy Annual Retraining |
| 1996 | US Park Police / FBI | Latent Fingerprint Examination |

| Year | Organization | Course |
|------|--------------|--------|
| 1997 | VADFS | Alternate Light Source Workshop Fingerprint and Crime Scene Work |
| 1997 | Chesapeake Bay Division / International Association for Identification | Educational Seminar |
| 1997 | VADFS | Forensic Academy Annual Retraining |
| 1997 | CBD / IAD | Educational Seminar |
| 1998 | VADFS | Fingerprint Examiners Annual Seminar |
| 1998 | Maryland State Police Laboratory | Advanced Footwear and Tire Track Examination Course |
| 1998 | VADFS | Forensic Academy Annual Retraining |
| 1999 | CBD / IAI | Educational Seminar |
| 1999 | PWCJA / William Bodziak | Advanced Footwear Examination Course |
| 1999 | VADFS | Forensic Academy Annual Retraining |
| 1999 | CBD / IAI | Educational Seminar |
| 2000 | VADFS | Forensic Academy Annual Retraining |
| 2000 | VA State Police | AFIS 21 Training |
| 2001 | PWCJA | Advanced Fingerprint Testimony |
| 2001 | CBD / IAI | Educational Seminar |
| 2001 | VADFS | Fingerprint Examiners Seminar |
| 2002 | VADFS | Forensic Academy Annual Retaining |
| 2002 | CBD / IAI | Educational Seminar |
| 2003 | VADFS | Fingerprint Examiners Seminar |
| 2003 | VADFS | Forensic Academy Annual Retraining |
| 2003 | CBD/IAI | Educational Seminar |
| 2004 | VADFS | Forensic Academy Annual Retraining |
| 2004 | CBD/IAI | Educational Seminar |
| 2005 | VADFS | Forensic Academy Annual Retraining |
| 2005 | CBD/IAI | Educational Seminar |
| 2007 | New York State Police / IAI | Forensic Ridgeology |

EXPERT TESTIMONY EXPERIENCE

I have been accepted as an expert in fingerprint examination, footwear examination, as well as crime scene processing in all three levels of court in Prince William County.


PROFESSIONAL EXPERIENCE

1982 to 1990 - Prince William County VA Police, patrol officer. Duties to include: Handling calls for service, The investigation of crimes and accidents, The arrests and processing of prisoners, The location, preservation, documentation, and collection of evidence. Chemically processing of items for latent fingerprints, Apprenticeship in fingerprint examination, Courtroom testimony in cases investigated, Instructing other members of the police department in fingerprint and crime scene matters.

1991 to 2003 Crime Scene Analyst. Duties to include: Location, preservation, documentation, and collection of physical evidence in the major crime scenes of the county, the chemically

processing of evidence for latent fingerprints. Training in the examination and comparison of fingerprints and footwear impressions. Instruction other members of the Department in fingerprint matters, crime scene processing, and footwear examination.

2003 to March 2007 - Fingerprint Technician. Duties to include: Conducting manual and computer comparisons of fingerprints and latent impressions. Effect identifications and report findings. Maintain records for future examinations and criminal history. Responding to subpoenas and providing expert testimony when needed. Additionally, continuing education and instruction in crime scene matters and footwear and tire track comparison are completed annually. Footwear and tire track comparisons were conducted and reports of findings generated.

March 2007 to Present – Fingerprint Specialist - Department of Homeland Security, Immigrations and Customs Enforcement, Forensic Document Laboratory, Duties include but are not limited to the comparison of both known and latent fingerprint impressions utilizing standard methodology. The position also requires the proper handling and documentation of evidence. The chemical processing of evidentiary items submitted to the laboratory for analysis. The position requires the operation of several Automated Fingerprint Identification Systems (AFIS), for the search of unknown impressions. Court testimony would be provided as needed for the individual cases processed.