# EXHIBIT B

United States v. Jose Jesus Madrigal-Diaz
CR07-0309 WHA



**U.S. Department of Homeland Security**
U.S. Immigration and Customs Enforcement
Office of Investigations
*Forensic Document Laboratory (FDL)*

August 23, 2007                                                                                          FDL-07-07765

Special Agent Brian Ginn
U.S. Immigration and Customs Enforcement
630 Sansome Street, 8th Floor
San Francisco, CA  94111
415-559-8210

**REF:**   A76347528
          SF15BR07SF0008

**EXHIBIT(S):**

| | |
|---|---|
| 1.1 | FD-249, Fingerprint Card bearing fingerprint impressions and the name MADRIGAL-DIAZ, JOSE JESUS, A# 76 347 528, dated 4-23-07. |
| 1.2 | FD-249, Fingerprint Card bearing fingerprint impressions and the name MADRIGAL-DIAZ, JOSE JESUS, FBI# 708737VA3, dated 6-30-99. |
| 1.3 | FD-249, Fingerprint Card bearing fingerprint impressions and the name MADRIGAL-DIAZ, JOSE JESUS, A# 76 347 528, dated 9-7-99. |
| 1.4 | FD-249, Fingerprint Card bearing fingerprint impressions and the name MADRIGAL-Diaz Jose Jesus, A# 76 347 528, dated 2-27-01. |
| 1.5 | FD-249, Fingerprint Card bearing fingerprint impressions and the name MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 8-8-01. |
| 1.6 | R-84, Final Disposition Report for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 9-14-99, with fingerprint impressions thereon. |
| 1.7 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, executed on 12-3-97, with a fingerprint impression thereon. |
| 1.8 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose Jesus, executed on 2-13-98, with a fingerprint impression thereon. |
| 1.9 | I-205 Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, executed on 9-7-99, with a fingerprint impression thereon. |
| 1.10 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, executed on 9-7-99, with a fingerprint impression thereon. |
| 1.11 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose, A# 76 347 528, executed on 12-17-99, with a fingerprint impression thereon. |
| 1.12 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose, A# 76 347 528, executed on 4-25-00, with a fingerprint impression thereon. |
| 1.13 | I-205, Warrant of Removal / Deportation for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, executed on 2-28-01, with fingerprint impressions thereon. |
| 1.14 | I-205, Warrant of Removal / Deportation for Jose Jesus MADRIGAL-Diaz, A# 76 347 528, executed on 8-29-03, with a fingerprint impression thereon. |




FDL-07-07765                                                                                      Page 2 of 2

August 23, 2007

| | |
|---|---|
| 1.15 | Record of Sworn Statement for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 6-30-99, with fingerprint impressions thereon. |
| 1.16 | Record of Sworn Statement for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 2-27-01, with a fingerprint impression thereon. |
| 1.17 | Record of Sworn Statement for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 8-28-03, with fingerprint impressions thereon. |
| 1.18 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 12-3-97, with a fingerprint impression thereon. |
| 1.19 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 2-13-98, with a fingerprint impression thereon. |
| 1.20 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 9-7-99, with a fingerprint impression thereon. |
| 1.21 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose, A# 76 347 528, dated 12-16-99, with a fingerprint impression thereon. |
| 1.22 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose, A# 76 347 528, dated 4-24-00, with a fingerprint impression thereon. |
| 1.23 | I-294, Warning to Alien Ordered Removed or Deported for MADRIGAL-Diaz, Jose Jesus, A# 76 347 528, dated 2-27-01, with a fingerprint impression thereon. |
| 1.24 | I-294, Warning to Alien Ordered Removed or Deported for Jose Jesus MADRIGAL-Diaz, A# 76 347 528, dated 8-27-03, with a fingerprint impression thereon. |

**FINDINGS:**

The fingerprint impressions appearing on exhibits 1.1 through 1.24 were made by the same individual.

The fingerprint individualizations were established by a comparative analysis of the friction ridge detail for the fingerprint impressions in question.

**REMARKS:**

The exhibits were received on August 22, 2007 and will be returned by official courier.

The Forensic Document Laboratory requires the Project Code 0E7 for Fingerprint Examinations to be entered into Case Management by the assigned case agent.


Kenneth M. Woods
Senior Fingerprint Specialist



AN ASCLD/LAB® ACCREDITED LABORATORY SINCE FEBRUARY 2001





**U.S. Department of Homeland Security**
U.S. Immigration and Customs Enforcement
Office of Investigations
*Forensic Document Laboratory (FDL)*

I Kenneth M. Woods, am employed as a Fingerprint Specialist with the U. S. Department of Homeland Security, U. S. Immigration and Customs Enforcement, at the Forensic Document Laboratory (FDL) in McLean, Virginia. The FDL is accredited by the American Society of Crime Laboratory Directors / Laboratory Accreditation Board (ASCLD/LAB).

My duties and responsibilities include conducting friction ridge analysis, comparison, and evaluation of fingerprints submitted for analysis to the Forensic Document Laboratory. I have the education, training, and experience required to conduct such analysis as outlined in the attached curriculum vitae.

On August 22, 2007 I analyzed the 24 exhibits submitted by Special Agent Brian Ginn to the FDL. The exhibits consisted of 5 standard fingerprint cards and 19 additional documents with fingerprint impressions thereon. After an analysis, comparison and evaluation of the friction ridge detail on the items I determined that all of the fingerprint impressions were made by the same individual.

My conclusions are based on the two fundamental principles of friction ridge identification: (1) friction ridges present in fingerprints begin to develop in the fetus and persist, unchanged, until after death when decomposition destroys the ridged skin; (2) no two fingerprints are the same, even in identical twins; and were produced using the standard ACE-V (Analysis, Comparison, Evaluation – Verification) methodology. The methodology is further broken down as follows:

The analysis phase is used to make observations and to study each of the impressions. This includes how the impression was processed or developed, the surface it was recovered from, the general flow of ridges, clarity of the ridges, ridge characteristics present, and any apparent movement or distortion. The examiner then determines if the impression contains sufficient information to move on to the comparison phase.

The comparison phase begins when two or more impressions have been determined to be of value for comparison. The impressions are compared in a side by side format to determine if the same ridge formations and ridge characteristics occupy the same relative position in both. Additionally the impressions are compared for unexplainable dissimilarities. If the impressions meet the comparison criteria then the evaluation phase is initiated.

The evaluation phase is where the examiner makes a determination as to the individualization, exclusion, or inconclusive status of the examination. Any individualizations are then sent to an additional examiner for verification.

In the verification phase a second examiner is responsible for following the ACE methodology as outlined above in order to provide a quality assurance measure.



*AN ASCLD/LAB® ACCREDITED LABORATORY SINCE FEBRUARY 2001*

