1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
   BRIAN STRETCH (CABN 163973)
3  Chief, Criminal Division

4  IOANA PETROU (CABN 170834)
   Assistant United States Attorney
5
          450 Golden Gate Avenue, Box 36055
6         San Francisco, California 94102
          Telephone: (415) 436-7189
7         Facsimile: (415) 436-7234
          E-mail: ioana.petrou@usdoj.gov
8
   Attorneys for Plaintiff
9                            UNITED STATES DISTRICT COURT

10                          NORTHERN DISTRICT OF CALIFORNIA

11                              SAN FRANCISCO DIVISION

12  UNITED STATES OF AMERICA,        )    No. CR 07-0309 WHA
                                     )
13        Plaintiff,                 )    **NOTICE OF ADDITIONAL COUNSEL**
                                     )
14              v.                   )
                                     )
15                                   )
                                     )
16  JOSE JESUS MADRIGAL-DIAZ,        )
                                     )
17        Defendant.                 )
    _____ )
18

19         The United States Attorney's Office hereby files this Notice of Additional Counsel to advise

20  the court that Assistant United States Attorney ("AUSA") Ioana Petrou has been added and assigned

21  to this case.  Future ECF notices and court notices should also include AUSA Petrou at the email

22  address of ioana.petrou@usdoj.gov.

23

24  DATED: September 11, 2007              Respectfully submitted,

25                                         SCOTT N. SCHOOLS
                                           United States Attorney
26

27                                                /s/

28                                         _____
                                           IOANA PETROU
                                           Assistant United States Attorney

NOTICE OF ADDITIONAL COUNSEL, CR 07-0309 WHA