|   |   |
|---|---|
| 1 | JEFFRY GLENN, SBN 47357 |
| 2 | HOWARD J. BERMAN, SBN 50113 |
|   | BERMAN, GLENN & HAIGHT |
| 3 | 5 Third Street, The Hearst Building, Suite 1100 |
|   | San Francisco, CA  94103 |
| 4 | Telephone:  (415) 495-3950 |
| 5 | Fax:          (415) 495-6900 |
|   | e-mail: SFLawyers@earthlink.net |
| 6 |   |
| 7 | Attorneys for Defendant: |
|   | JOSE JESUS MADRIGAL-DIAZ |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Case No. CR 07-0309 WHA |
|---|---|---|
|     Plaintiff, | ) |  |
|   | ) | **DEFENDANT'S PRE-TRIAL** |
|   | ) | **CONFERENCE STATEMENT** |
|   | ) |   |
|     v. | ) |   |
|   | ) | Date:   September 24, 2007 |
| JOSE JESUS MADRIGAL-DIAZ, | ) | Time:   9:00 am |
|   | ) |   |
|     Defendant. | ) |   |

PRE-TRIAL CONFERENCE STATEMENT, CR 07-0309 WHA

1  I.  Defendant Jose Jesus Madrigal-Diaz will call no witnesses to testify on his behalf.

2  II. Defendant does not intend to testify on his behalf at the present time.

DATED: September 19, 2007                Respectfully Submitted,


_____/s/_____
JEFFRY GLENN
Attorney for Defendant
Jose Jesus Madrigal-Diaz