JEFFRY GLENN, SBN 47357
HOWARD J. BERMAN, SBN 50113
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax: (415) 495-6900
e-mail: SFLawyers@earthlink.net

Attorneys for Defendant:
JOSE JESUS MADRIGAL-DIAZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 07-0309 WHA |
| Plaintiff, | |
| | **DEFENDANT'S RESPONSE TO UNITED STATES MOTIONS _IN LIMINE_** |
| v. | |
| | Trial Date: October 1, 2007 |
| JOSE JESUS MADRIGAL-DIAZ, | Time: 7:30am |
| Defendant. | |

**I. RESPONSE TO STATEMENT OF FACTS AND PROCEDURAL HISTORY**

Defendant objects to the admission of any evidence regarding an arrest of Defendant for violation of Title 8, United States Code, Section 1324 (a) (1) (A) ii (Transportation of Aliens).

 <u>Fed. R. Evid</u> 402, 403

**II. RESPONSE TO MOTIONS IN LIMINE (A through J)**

(A) Defendant objects to the admission of Defendant's prior statements.

 <u>Fed. R. Evid</u> 402, 403, 802

(B) Defendant objects to the admission of Defendant's illegal entry convictions.

 <u>Fed. R. Evid</u> 402, 403, 802

(C) Defendant objects to the admission of Defendant's prior convictions.

 <u>Fed. R. Evid</u> 402, 403

(D) Defendant objects to the admission of A-File Documents as Self-Authenticating Public Records.

 <u>Fed. R. Evid</u> 802

(E) Defendant objects to the admission of a Certificate of Non-Existence as the Absence of a Public Record.

 <u>Fed. R. Evid</u> 402, 403

(F) Defendant objects to any testimony by the Fingerprint Expert regarding a previous deportation of Defendant.

 <u>Fed. R. Evid</u> 702

1     (G) Defendant does not intend to testify at the present time.

2     (H) Defendant does not intend to testify at the present time

3     (I) Defendant does not intend to testify at the present time.

4

5     (J) Defendant does not intend to testify at the present time

13     DATED: September 19, 2007            Respectfully Submitted,

_____/s/_____
JEFFRY GLENN
Attorney for Defendant
Jose Jesus Madrigal-Diaz