JEFFRY GLENN, SBN 47357
HOWARD J. BERMAN, SBN 50113
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA  94103
Telephone:  (415) 495-3950
Fax:           (415) 495-6900
e-mail: SFLawyers@earthlink.net

Attorneys for Defendant:
JOSE JESUS MADRIGAL-DIAZ

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE JESUS MADRIGAL-DIAZ,<br><br>    Defendant. | Case No. CR 07-0309 WHA<br><br>**DEFENDANT'S SUPPLEMENTAL PRE-TRIAL CONFERENCE STATEMENT**<br><br>Date:  September 24, 2007<br>Time:  9:00 am |

Defendant, through his counsel, submits this Supplemental Pre-Trial Conference Statement as the proposed Voir Dire was inadvertently omitted from the Pre-Trial Conference Statement. I apologize to the court.

A. <u>WITNESSES</u>

   1. Defendant Jose Jesus Madrigal-Diaz will call no witnesses to testify on his behalf.

   2. Defendant does not intend to testify on his behalf at the present time.

B. <u>INTERPRETER</u>

   A Spanish Interpreter will be needed at trial for the Defendant.

C. <u>PROPOSED VOIR DIRE</u>

   1. Do you think that Mr. Madrigal-Diaz must have done something wrong or he would not be here today? If so, would this view make it difficult for you to presume Mr. Madrigal-Diaz to be completely innocent at this time?

   2. Mr. Madrigal-Diaz is presumed innocent unless or until he is proven guilty beyond a reasonable doubt. Do you have any trouble giving him the benefit of this presumption of innocence? Do you understand that this means not only keeping an open mind, but actually presuming that he is innocent?

   3. Do you understand that the indictment in this case is not evidence of any kind, that it is merely a document used to bring an accused person into court, similar to a complaint in a civil case?

   4. Mr. Madrigal-Diaz is Latino or Hispanic. Does this fact make you at all uncomfortable? What feelings do you have about this fact?

DATED: September 21, 2007  Respectfully Submitted,

_____/s/_____
JEFFRY GLENN
Attorney for Defendant
Jose Jesus Madrigal-Diaz