UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

JUDGE WILLIAM ALSUP

Date: September 25, 2007

Case No.: CR 07-00309 WHA

Title: UNITED STATES -v- JOSE MADRIGAL-DIAZ (custody)

Appearances:
    For the Government: Denise Barton

    For the Defendant(s): Jeffrey Glenn

Interpreter: Melinda Basker (Spanish Int)   Probation Officer: n/a

Deputy Clerk: Dawn Toland       Court Reporter: Juanita Gonzalez

FILED SEP 26 2007 RICHARD W. WIEKING CLERK, U.S. DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

**PROCEEDINGS**

1) Change of Plea - HELD

2) _____

Case continued to **12/11/07 at 2:00 pm** for Sentencing

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

Defendant entered an open plea to the One Count Indictment. Application for Permission to Enter Guilty Plea filed. Probation referral form given to defendant.