# EXHIBIT 1

"To whom it may concern"

Here is my history of work since I've entered the United States I came to the United States to make a better living for myself and my family I understand that we all make mistakes cause no one is perfect but please your honor take my past work history into consideration I came to the United States in 1986 I started working in 1991 at the age of 17 in the farms picking fruit for a company by the name of Urry farms until 1993 then I went to work in Washington State picking apples & cherries with a man by the name of Jesus Lemon for the year of 1994 - 1995 and then I came back to California and started working for another fruit company packing fruit the name of the company was Del Rey Sun Maid. Then in 1996 I worked for a contractor by the name of Jose Ochoa then in 1997 I worked for a company by the name of Sto parking Then in 1998 I went back to the fruit industry working for a company the the name of capichians brothers then in 1999 I worked for a company by the name of horagen another fruit company then in 2000 I worked for a company by the name of Mission food tortillas Gurro as a driver until 2002 and then in 2003 they deported me to Mexico and I didn't return back

To the United States until 2007 when I came back to the United States I started working with a contractor by the name of Antonio's landscaping and right now I find myself incarcerated for a mistake I have committed your I'd please ask for forgiveness in the crime I have committed please find it in your best interest to give me the least time possible honestly and truely I didn't know the consequences of this crime I just wanted to make a little money to support my family I have 2 young daughters and my mother that depend on me because I have no father I've been poor all my life and I'd like to ask for a opportunity to get back to my country as soon as possible back to my family cause they need me I thank you so much your honor for your time and consideration

Sincerly

Jesus Madrigal

Tapia Farm Services
Farm Labor Contractor
264 N. Valencia Blvd.
Woodlake, CA 93286

JULY 24, 2007

To Whom It May Concern:

This is to verify that JESUS MADRIGAL DIAS worked for J. N. TAPIA farm labor Contractor, from 2006 until April 2007.

He was employed as a crop harvester. During this period of time, he has proven himself to be A dependable and conscientious employee. The prospect of continued employment with Mr. J. N. TAPIA is very good.

Mr. Jesus Madrigal Dias resides at 285 N. Mirage, Lindsay, Calif. 93247.

If you need further information concerning this matter, please contact me at the address noted Above.

Respectfully,

*[signature]*
PAULINE C. FEDERICO

Pauline Federico
Payroll Supervisor
Valley Tax Services

Honorable Judge,

With respect we ask in our familys name to be fair with my brother. We know he did a bad thing in being in this country knowing he was deported. We also know that my brother is not a criminal. He only came here to make a living so that he can provide for my mother and younger sister in Mexico. So we hope that in this coming court you'll feel some compassion on him and my family and send him back to Mexico. That is all we ask of you in the name of our family.

Yours truly:
Familia Madriga Lemus.

P.S
May god be with you and all your family thank you for trading your time in reading this letter.