# EXHIBIT 2

| TULARE COUNTY SHERIFF'S DEPARTMENT | CASE NUMBER |
| SUPPLEMENT - FOLLOW-UP REPORT | 01-11454 |

**CRIME:** PC 245 Assault with Deadly Weapon     **CLASSIFICATION:** Felony
**VICTIMS NAME:**                                **ADDRESS:**
Madrid Antonia (DOB: 08-15-77)                   5722 Road 57 Delft Colony
**DATE/TIME:** 07-24-01 / 1315 Hours    **I CONTACTED:** Witness # 5) Alvaro Perez and Witness # 4) Priscilla Jauriqui
[N/A ] BY PHONE   [X] IN PERSON AT: 39736 Road 57 and 5716 Lawrence Ave. Delft
[ ] NO FURTHER INFO [X] THE FOLLOWING:

Narrative:

Witness 4) Jauriqui, Priscilla M. (DOB: 09-13-85) 15 years old
     39736 Road 57 Delft Colony    (Delia Maravilla DOB: 04-30-66 / Parent)


Witness 5) Perez Alvaro M. (DOB: 01-26-90) 11 years old    Ph.# 595-1629
     5716 Lawrence Ave. Delft Colony    (Adelaida Perez DOB: 09-03-62 / Parent)


07-24-01 / 1315 Hours: I checked the area for witnesses for the ADW that occurred on this date at the location of 39734 Road 57 Delft. I located witness # 4) Priscilla Jauriqui at her residence located at 39736 Road 57, which is located next door north of the suspects residence and to the crime scene. I interviewed witness Priscilla, in essence states that she was inside of her residence when she heard the two women (Yvette and Yolanda) arguing outside in front of the next door neighbor's residence (39734 Road 57). Priscilla states that she then went outside and started to watch from the open car port area of her residence at the north west corner. Priscilla states that she observed the two women start fighting out in the middle of the roadway and then observed the two men (suspect "CHATO" and witness Fernando Ruiz) walk up to where the women were fighting. Priscilla states that she did not observed the two women or the two men holding any items in their hands at this time. Priscilla states that she observed the unknown MMA (Mexican male adult) later identified as Witness #2) Fernando Ruiz punch suspect "CHATO" in the face one time only and knocking "CHATO" down to the ground. Priscilla states that the MMA, Antnoia and Yvette walked away towards their residence. Priscilla states that suspect "CHATO" got up from the ground and pulled out a small hand gun and started firing the handgun towards the direction of the MMA and Antonia. Priscilla states that "CHATO" emptied the handgun and then ran away from the area. Priscilla states that she can identified "CHATO" (Jesus Madrigal) as the shooter.

**REPORTING DEPUTY:**                                      **REVIEWED BY:**
Det. S. Sanchez S9543
**DATE/TIME:** 07-24-01/ 2000 Hours                        Sgt DMC

| TULARE COUNTY SHERIFF'S DEPARTMENT | CASE NUMBER |
| CONTINUATION REPORT - 5400 | 01-11454 |

**CRIME:** PC 245 Assault with Deadly Weapon                           **PAGE 2**

07-24-01 / 1338 Hours: I contacted witness #5 ) Alvaro Perez at his residence at which time gave the following statement. In essence Alvaro states that he was outside playing in front of his friends residence located at 5696 Lawrence Ave. just north of the crime scene. Alvaro states that he observed the two women fighting outside in front of the suspect's "CHATO" residence. Alvaro states that he observed "CHATO and the unknown MMA (Fernando Ruiz) walk up to where the two women at this time were fighting in the roadway. Alvaro states that he observed the MMA (Fernando Ruiz) punch "CHATO" one time in the face and observed "CHATO" fall to the ground. Alvaro states that the MMA, Antonia and Yvette turn around and walk back towards their residence. Alvaro states that suspect "CHATO" then got up from the ground and pull out a small handgun from his person and pointed the handgun towards the MMA and Antonia. Alvaro states that "CHATO" fired the handgun until the handgun was empty and then "CHATO" ran from the area. Alvaro states that he can identified the shooter only known as "CHATO".

**CASE STATUS: ACTIVE**

**REPORTING DEPUTY:**                                              **REVIEWED BY:**
Det. Steven Sanchez  S9643
**DATE/TIME:** 07-24-01 / 2000 Hours.