# EXHIBIT 5

```
             EVENT JUDGE: FERGUSON, DARRYL B
                          MOTION TO CONTINUE TRIAL DATE
                          (TD 7/24/02
                                                          FOR:  7/24/02  8:33 BMETHENE
  7/23/02 MOT/CONTIN TR.DATE
      DISPO DATE.: 07/24/02
      DISPOSITION: GRANTED
      EVENT JUDGE: FERGUSON, DARRYL B
                   MOTION TO CONTINUE TRIAL DATE
                   (ALSO ON CALENDAR @9AM FOR JURY TRIAL)
                                                          FOR: 10/21/02  9:00 VMADRUGA
  7/24/02 JURY TRIAL
      DISPO DATE.: 10/09/02
      DISPOSITION: VACATED            deft plead
      EVENT JUDGE: FERGUSON, DARRYL B
                   JURY TRIAL
                   3 DAYS
                                                          FOR: 10/09/02  8:30 BMETHENE
  7/24/02 PRE TRIAL CONFERENCE
      DISPO DATE.: 10/09/02
      DISPOSITION: NO CONTEST PLEA
      EVENT JUDGE: MORAN, JOHN P
                   (TD 10/21/02)
                   M/O: DEF WITHDRAWS NOT GUILTY PLEA AND ENTERS A PLEA
                   OF NOLO CONTENDERE TO THE CHARGE OF CT 1- PC245(A)(2)
                   CT 2- PC12021(A)(1);MATTER IS REFERRED TO PO FOR
                   REPORT AND RECOMMENDATION;JP SET FOR 11/06/02 IN
                   DEPT #5;TD OF 10/21/02 IS VACATED;REMANDED
                                                                          THUTCHIN
  8/30/02 LETTER RECEIVED
                   LETTER RECEIVED RE:
                   FROM DEF RE: HIS INNONCENCE
                                                          FOR:  9/06/02  8:30 AOLIVAS
  9/05/02 FURTHER PROCEEDINGS
      DISPO DATE.: 09/05/02

      DISPOSITION: PLACED OFF CALENDAR
      EVENT JUDGE: FERGUSON, DARRYL B
                                                                          BMETHENE
 10/08/02 FILE SENT TO
                   FILE SENT TO DEPT #5 FOR CALENDAR ON 10/09/02
                                                                          RWATKINS
 10/09/02 FILE RETURNED
                   FILE RETURNED
                                                          FOR: 11/06/02  8:30 LGARCIA
 10/09/02 FELONY SENTENCING
      DISPO DATE.: 11/06/02
      DISPOSITION: CONTINUED
      EVENT JUDGE: MORAN, JOHN P
                   FELONY SENTENCING - JUDGMENT PROCEEDINGS
                   TD VAC
                   DEF PLEAD
                   M/O:ATTORNEY FOR THE PEOPLE:DAVID ALAVEZOS, DEPT.D.A
                   ATTORNEY FOR THE DEFENDANT: MARGARET BLANCHARD, D.P.D
                   DEFENDANT PRESENT
                   MATTER IS CONTINUED TO 11/7/02 AT 8:30 A.M. IN DEPT.#
                   5
                   DEFENDANT STATUS:REMANDED
                                                                          BMETHENE
 10/09/02 REFERRAL PROBATION
      EVENT JUDGE: MORAN, JOHN P
                                                                          LGARCIA
 11/04/02 REPORT & RECOMMENDTN
                   REPORT AND RECOMMENDATION OF THE PROBATION OFFICER
                   1 ORIGNAL
                   1 COPY
                                                                          BMETHENE
 11/05/02 FILE SENT TO
                   FILE SENT TO: DEPT #5 FOR CALENDAR ON 11/06/02
                                                          FOR: 11/07/02  8:33 RALLEN
 11/06/02 FELONY SENTENCING
      DISPO DATE.: 11/07/02
      DISPOSITION: CONTINUED
```

```
       EVENT JUDGE: MORAN, JOHN
           FELONY SENT[ENC]ING - JUDGMENT PROCEEDING
           m/o: Attorney for the People: Robert Dempsey,D.A.
           Attorney for the defendant: Michelle Lipperd,P.D>
           Defendant present.
           Matter is continued to 11-12-02 at 8:30am in dept 5.
           Defendant status: Remanded.
                                                    FOR: 11/12/02  8:30  BMETHENE
11/07/02 FELONY SENTENCING
   DISPO DATE.:  11/12/02
   DISPOSITION: SENTENCING
   EVENT JUDGE: MORAN, JOHN P
           FELONY SENTENCING - JUDGMENT PROCEEDINGS
           ATTORNEY FOR THE PEOPLE: DAVID ALVEZOS, DDA
           ATTORNEY FOR THE DEF: MICHELLE LIPPERD, DPD
           M/O: MIDTERM OF 3 YEARS SUSPENDED TO STATE PRISON;
           DEF COMMITTED TO TCJ FOR A TERM AS FOLLOWS: 365 DAYS;
           TOTAL CREDIT 223 DAYS;DEF TO PAY REST FINE OF $200
           @$25 PER MONTH COMM. W/30 DAYS OF RELEASE;DEF
           ADVISED OF CONSEQUENCES OF VOP;COURT FINDS THE DEF
           DOES NOT HAVE THE ABILITY TO PAY ATTORNEY FEES;
           REMANDED                                           BMETHENE
11/08/02 FILE SENT TO
           FILE SENT TO: DEPT #5 FOR CALENDAR ON 11/12/02     RWATKINS
11/12/02 FEL - AFTER GPE
   DISPO DATE.:  11/12/02
   DISPOSITION: FEL - AFTER GPE                               BMETHENE
11/12/02 DISPO ARRST CRT ACT
           DISPOSITION OF ARREST AND COURT ACTION             BMETHENE
11/12/02 FINGERPRINT FORM                                     BMETHENE
11/12/02 FINDGS/ORD RE:PDFEES
           FINDINGS AND ORDER RE: PUBLIC DEFENDER FEES
12/27/02 FILE RETURNED                                        RWATKINS
           FILE RETURNED
           RM 124


   ROLL UP/ROLL DOWN                                           Bottom
   F13=Parties  F14=Charges  F16=Others  F17=Dockets F18=Ticklers
             F3=Exit F8=Jail Inq.   F7=Print Docket          F12=Previous
```

SMOG143