IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>    Plaintiff,<br><br>v.<br><br>JOSE JESUS MADRIGAL-DIAZ,<br><br>    Defendant.<br>_____/ | No. C 07-00309 WHA<br><br>**CLERK'S NOTICE RESCHEDULING HEARING** |

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

YOU ARE NOTIFIED THAT the Sentencing has been rescheduled for **January 22, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 19, 2007

FOR THE COURT,

Richard W. Wieking, Clerk

By: _____
Dawn Toland
Courtroom Deputy to the
Honorable William Alsup