IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

USA,                                                  No. C 07-00309 WHA

       Plaintiff,

  v.                                            **CLERK'S NOTICE RESCHEDULING HEARING**

JOSE JESUS MADRIGAL-DIAZ,

       Defendant.
_____/

(Plaintiff shall serve a copy of this notice on any party in the above-entitled action not appearing on the Notice of Electronic Filing or Other Case Activity and/or the attached Certificate of Service.)

     YOU ARE NOTIFIED THAT the Sentencing has been rescheduled for **February 5, 2008 at 2:00 p.m.**, before the Honorable William Alsup. Please report to Courtroom 9, on the 19th Floor, United States Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated: December 19, 2007                    FOR THE COURT,

                                                    Richard W. Wieking, Clerk

                                                    By: _____
                                                        Dawn Toland
                                                        Courtroom Deputy to the
                                                        Honorable William Alsup