**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

FILED
FEB 1 1 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

<u>CRIMINAL PRETRIAL MINUTES</u>

JUDGE WILLIAM ALSUP

Date: <u>February 5, 2008</u>

Case No.: <u>CR 07-0309 WHA</u>

Title: <u>UNITED STATES</u> -v- <u>JOSE JESUS MADRIGAL-DIAZ (custody)</u>

Appearances:
      For the Government: <u>Denise Barton</u>

      For the Defendant(s): <u>Jeffrey Glenn</u>

Interpreter: <u>n/a</u>                    Probation Officer: <u>Joshua Sparks</u>

Deputy Clerk: <u>Dawn Toland</u>               Court Reporter: <u>Sahar McVickar</u>

**PROCEEDINGS**

1) <u>Sentencing - HELD</u>

2) _____

Case continued to __ for Status

Case continued to __ for Pretrial Conference

Case continued to __ for Jury Trial

**ORDERED AFTER HEARING:**

JUDGMENT: Defendant is committed to the BOP for 85 months and placed on supervised release for 3 years with special conditions: 1) comply with Immigration, and not reenter the USA; 2) no firearms; 3) check voicemail daily; 4) cooperate with DNA collection; and 5) pay $100 special assessment immediately or thru BOP.  No fine is imposed.

Court directed the USMS to arrange for the defendant to be allowed to use the phone to call his family.