**JEFFRY GLENN, SBN 47357**
BERMAN, GLENN & HAIGHT
5 Third Street, The Hearst Building, Suite 1100
San Francisco, CA 94103
Telephone: (415) 495-3950
Fax:       (415) 495-6900
e-mail: SFLawyers@earthlink.net

Attorneys for Defendant:
**JOSE JESUS MADRIGAL-DIAZ**

FILED

FEB 14 PM 1: 55

*[stamp partially illegible]*
DISTRICT COURT
CALIFORNIA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | **Case No. CR07-0309-1 WHA** |
| Plaintiff, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEAL** |
| ) | |
| **JOSE JESUS MADRIGAL-DIAZ,** ) | |
| ) | |
| Defendant. ) | |

Notice is hereby given that Jose Jesus Madrigal-Diaz, defendant in the

above entitled case hereby appeals to the United States Court of Appeals for

the Ninth Circuit from the final judgment and sentence entered in this action

on the 5th day of February 2008.

Date: February 13, 2008                    Respectfully submitted,

                                           Jeffry Glenn
                                           Attorney for Defendant,
                                           JOSE JESUS MADRIGAL DIAZ

BERMAN, GLENN & HAIGHT
ATTORNEYS AT LAW
THE HEARST BLDG., SUITE 1100
THIRD AND MARKET STREETS
SAN FRANCISCO 94103
(415) 495-3950