# United States District Court
## Northern District of California
### Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. 08-10075

U.S. District Court Case No. CR-07-0309 WHA

Short Case Title USA v. Jose Jesus Madigal-Diaz

Date Notice of Appeal Filed by Clerk of District Court  02/14/08

**SECTION A** - To be completed by party ordering transcript.

| HEARING DATE | COURT REPORTER | HEARING TYPE |
| --- | --- | --- |
| 06/19/07 | Connie Kuhl | Trial Setting Hearing |
| 07/24/07 | Connie Kuhl | Trial Setting Hearing |
| 09/25/07 | Juanita Gonzalez | Plea Hearing |
| 02/05/08 | Sahar McVikar | Sentencing |

(attach additional page for designations if necessary)

[ ] I do not intend to designate any portion of the transcript and will notify all counsel of this intention.

[ ] As retained counsel (or litigant proceeding in pro per), I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

[X] As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof, will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Name, Address and Telephone number of Attorney/Pro Per Litigant

John J. Jordan, Esq.
400 Montgomery St., Ste. 200
San Francisco, CA 94104
(415) 391-4814

Date Transcript Ordered 03/04/2008

Signature Attorney/Pro Per Litigant

This form is divided into five parts. It should be used to comply with the Federal Rules of Appellate Procedure and the Local Rules of the U.S. Court of Appeals for the Ninth Circuit regarding the designation and ordering of court reporter's transcripts.

Please note the specific instructions below. If there are further questions, contact the District Court Clerk's Office in which your case was filed: San Francisco (415) 522-2000; San Jose (408) 535-5363; or Oakland (510) 637-3530.

**SPECIFIC INSTRUCTIONS FOR ATTORNEYS**
(1) Pick up form from district court clerk's office when filing the notice of appeal or download an interactive version of form from www.cand.uscourts.gov.
(2) Complete Section A, place additional designations on blank paper if needed.
(3) Send Copy 1 to District Court.
(4) Send Copy 4 to opposing counsel. Make additional photocopies if necessary.
(5) Send Copies 2 and 3 to court reporter(s). Contact court reporter(s) to make further arrangements for payment.
(6) Continue to monitor progress of transcript preparation.

COPY ONE

—ORIGINAL—

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that copies of the foregoing:

Transcript Designation Form

was served by personal service this day to the counsel listed below:

Denise Barton
Asst. U.S. Attorney
United States Attorney's Office
450 Golden Gate Ave., 11th Floor
P.O. Box 36055
San Francisco, CA 94102

Dated: March 4, 2008

JOHN J. JORDAN

1