**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE JESUS MADRIGAL-DIAZ,                               No. CR 07-0309 WHA

       Petitioner,

  v.                                                                    **ORDER REGARDING DEADLINE
                                                                          FOR FILING REPLY BRIEF**

UNITED STATES OF AMERICA,

       Respondent.

                               /

      Petitioner was given until December 1, 2010, to file a reply brief in support of his

Section 2255 motion.  No reply brief has been received.  Nevertheless, petitioner's deadline to

file his brief is extended to December 22, 2010.  After that date, the motion will be deemed

submitted with or without a reply brief.


      **IT IS SO ORDERED.**


Dated:  December 7, 2010.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE