**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

JOSE JESUS MADRIGAL-DIAZ,

    Petitioner,

  v.

UNITED STATES OF AMERICA,

    Respondent.
                            /

No. CR 07-0309 WHA

**ORDER TO SHOW CAUSE**

    Since an order dated April 13, 2010, the parties have sought and been granted leave to file documents in this action under seal. The parties are ordered to show cause why those documents should not be unsealed. Privilege as to attorney-client communications — to the extent they are included in these filings — has been waived given the nature of petitioner's motion. The parties shall please respond by December 22, 2010, concerning their position on whether docket entries 66 through 68 and 71 through 82 should be unsealed.

    **IT IS SO ORDERED.**

Dated: December 7, 2010.

                                          WILLIAM ALSUP
                                          UNITED STATES DISTRICT JUDGE