1
2
3
4
5
6
7
8
9
10
11
12
13
14
15

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE JESUS MADRIGAL-DIAZ<br><br>    Petitioner,<br><br>    v.<br><br>UNITED STATES OF AMERICA<br><br>    Respondent. | Criminal No. 07-00309-WHA<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER FOR CONTINUANCE OF EVIDENTIARY HEARING ON PETITIONER'S 28 U.S.C. § 2255 PETITION** |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel of record as follows:

1.      On February 5, 2008, Petitioner Jose Jesus Madrigal-Diaz, a federal inmate currently incarcerated at FCI Dublin in Dublin, California, was sentenced to an 85-month prison

1   term by this Court after pleading guilty to one count of Illegal Re-Entry by an Alien After

2   Deportation in violation of 8 U.S.C. § 1326.

3       2.      On January 10, 2010, Petitioner filed a Motion to Vacate, Set Aside, or Correct his

4   Sentence pursuant to 28 U.S.C. § 2255, alleging that he suffered ineffective assistance of counsel

5   by Jeffrey Glenn, his counsel in connection with his guilty plea and sentence.

6       3.      After considering Petitioner's Motion, Respondent United States of America's

7   opposition to the Motion, and Petitioner's Reply, this Court issued an Order on December 27,

8   2010, finding that an evidentiary hearing was necessary to resolve conflicts in statements made

9   under oath by Petitioner, Petitioner's sister, Bertha Madrigal, and Mr. Glenn, in multiple

10  declarations submitted in connection with the Motion.  The Court scheduled the hearing for

11  February 16, 2011, at 9:00 a.m.

12      4.      In its December 27, 2010 Order, the Court also held that counsel shall be

13  appointed for Petitioner for the limited purpose of assisting him at the evidentiary hearing.

14      5.      Pursuant to the Court's Order, in January, 2011, Michael J. Shepard was appointed

15  counsel for the Petitioner for purposes of assisting him at the evidentiary hearing.  Mr. Shepard

16  has been joined by his colleague, J. Raymond Reduque, in assisting Petitioner.

17      6.      Petitioner did not arrive at FCI Dublin until approximately January 24, 2011.

18  Despite counsel for Petitioner's diligence, counsel has so far been able to meet with Petitioner on

19  only two occasions for a limited amount of time.  During counsel's most recent meeting with

20  Petitioner on February 10, 2011, at FCI Dublin, counsel was able to meet with Petitioner for only

21  thirty minutes, following a two-and-a-half hour delay in being processed by prison security.

22  Counsel therefore requires additional time to meet with Petitioner to adequately prepare for the

23  evidentiary hearing.

24      7.      Counsel for Petitioner has conferred with counsel for Respondent, Denise Marie

25  Barton, and Ms. Barton does not object to this request for a continuance.

26      8.      The parties understand that the Court is available on March 30, 2011, at 2 p.m. for

27  the evidentiary hearing.  Ms. Barton has consulted with Mr. Glenn and Mr. Glenn has confirmed

28  that he also is available on March 30, 2011, at 2 p.m.

STIPULATION AND [PROPOSED] ORDER
FOR CONTINUANCE OF EVIDENTIARY
HEARING

1         9.     THEREFORE, the parties hereby jointly request that the evidentiary hearing

2  scheduled for February 16, 2011, at 9:00 a.m. be continued to March 30, 2011, at 2 p.m., or such

3  other later date as may be convenient for the Court.

4

5  DATED:  February 11, 2011              HOGAN LOVELLS US LLP

6

7                                BY:   /s/
                                     MICHAEL J. SHEPARD

8                                     Attorneys for Petitioner

9  DATED:  February 11, 2011           UNITED STATES OF AMERICA

10

11                             BY:   /s/
                                   DENISE MARIE BARTON

12                                     Attorneys for Respondent

13

14                               ORDER

15

16        Pursuant to the stipulation of the parties, and for good cause shown, IT IS HEREBY

17  ORDERED:

18        The evidentiary hearing on Petitioner's 28 U.S.C. § 2255 petition is continued from

19  February 16, 2011, to March 30, 2011, at 2 p.m..  The parties should be aware that the judge

20  will be in the middle of a large criminal trial on March 30 (as will Mr. Glenn), and a further
    postponement may be needed, but we will try hard to keep the new date.   Counsel shall please notify
                                              defendant's sister of the

21  DATED:  _____February 14_____, 2011                        change.

22                              HONORABLE WILLIAM H. ALSUP

23                              United States District Court Judge

24

25

26        I, Michael J. Shepard, attest that Denise Marie Barton has read and approved the
    STIPULATION AND [PROPOSED] ORDER FOR CONTINUANCE OF EVIDENTIARY

27  HEARING ON PETITIONER'S 28 U.S.C. § 2255 PETITION and consents to its filing in this
    action.

28

  STIPULATION AND ~~[PROPOSED]~~ ORDER
FOR CONTINUANCE OF EVIDENTIARY
HEARING