IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE JESUS MADRIGAL-DIAZ,<br><br>    Defendant.<br>                                  / | No. CR 07-0309 WHA<br><br>**ORDER REGARDING DEFENDANT'S MOTION TO UNSEAL CJA PAYMENT VOUCHERS AND SUPPORTING DOCUMENTATION** |

      Yesterday, defense counsel filed a motion to unseal CJA payment vouchers and supporting documentation. That motion is **GRANTED**. This ruling has no bearing on the materials' admissibility at the hearing. Due to the lateness of the request, copies of the materials will be made available to 2255 counsel 45 minutes before the hearing today, *i.e.*, at 1:15 p.m., in the courtroom for review. At the hearing at 2:00 p.m., counsel will be heard on whether the materials shall equally be made available to the government.

      Good cause not shown, the motion to seal the motion for records is **DENIED**, and the Clerk shall file the documents lodged yesterday pertaining to the motion for records on the public docket.

      **IT IS SO ORDERED.**

Dated: March 30, 2011.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE