IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 07-0309 WHA |
| Plaintiff, | |
| v. | **ORDER DENYING STIPULATION TO FILE MEMORANDA UNDER SEAL** |
| JOSE JESUS MADRIGAL-DIAZ, | |
| Defendant. | |

The parties have stipulated to file their post-evidentiary hearing memoranda under seal. Good cause not shown, that stipulation is **DENIED**. By the parties' logic, any ineffective assistance claim would have to be litigated under seal. That would not be in the public interest.

**IT IS SO ORDERED.**

Dated: May 5, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE