IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>JOSE JESUS MADRIGAL-DIAZ,<br><br>    Defendant.<br>                                      / | No. CR 07-0309 WHA<br><br>**ORDER CONFIRMING CONCLUSION OF REPRESENTATION BY SECTION 2255 COUNSEL** |

    Section 2255 counsel request confirmation that their representation of defendant, which was ordered "for the limited purpose of assisting him at the evidentiary hearing," has now concluded. This order confirms counsel's understanding. They have now served their limited purpose. This order thanks counsel for their work in this matter.

    **IT IS SO ORDERED.**

Dated: May 23, 2011.

                                                  WILLIAM ALSUP<br>
                                                  UNITED STATES DISTRICT JUDGE