IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>  v.<br><br>JOSE JESUS MADRIGAL-DIAZ,<br><br>  Defendant. | No. CR 07-0309 WHA<br><br>**ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION AND NEW HEARING** |

Defendant moves for reconsideration of the order denying his Section 2255 motion and for a new hearing. He states that he is entitled to such relief because of "ineffective arguments[] and omissions by counsel." As defendant has not been granted leave to file a motion for reconsideration and as his motion does not otherwise meet the requirements of Civil Local Rule 7-9, applicable here via Criminal Local Rule 2-1, defendant's motion is **DENIED**. Defendant's request to remain at the Dublin detention facility pending appeal is **DENIED**, as such decision is up to the Bureau of Prisons. The Clerk shall serve this order on defendant.

**IT IS SO ORDERED.**

Dated: June 8, 2011.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE